# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICO L. REAVES, | : |
| Plaintiff | : CIVIL ACTION NO. 3:20-1642 |
| v. | :      (JUDGE MANNION) |
| WARDEN BETTI, et al., | : |
| Defendants | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for judgment on the pleadings (Doc. 17) is **GRANTED**. Judgment is entered in favor of Defendants.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: April 14, 2022
20-1642-01-ORDER